in
'Federal Court'
at
'District Court of the united States
for Massachusetts'

i; a woman; claim; all herein be true;
my word is my bond;

FILED IN CLERKS OFFICE
2020 JUN 26 AM 12:53
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| i; long hongmei; a woman; prosecutor | claims: tort [negligence]; compensation; restitution; order for default judgment to restore property; |
| Nicholas A. Mastroianni, II; a man; NICHOLAS A. MASTROIANNI, II; A PERSON; MANAGER; U.S. IMMIGRATION FUND, LLC.; Wrongdoer(s) | in this Court of record; at common law; trial by jury; by right of man; guaranteed; all rights reserved; none waived; ( verified ) |

i, require: a 'Court of record'; 'trial by jury';

claims: tort [negligence]; compensation; restitution; order for default judgment to restore property;

COMES NOW; i; long Hongmei; a woman; in this 'Court of Record'; at common law; and; aggrieved; wronged; harmed; Claimant; Order; Clerk of Court to enter Default

1/3

Judgement ; for each claim ; signed by the attending Magistrate ; upon Wrongdoers; each and all of them ; Named or Unnamed ; for the following claims ; proved and seasoned by Wrongdoer(s)' acquiescence ; for Wrongs upon i ; a woman ; and my property [ USD $555,000.00 ] ; Such Wrongs caused by Wrongdoer(s) upon i ; without verified claim or right or authority ; without proper compensation to i ; my claims :

i ; a woman ; claim ; conusance ; propriety ; of this ; my case ; and all other cases referred to herein ; and ;

i ; a woman ; claim :
- the said wrongdoer(s) committed tort by way of negligence ;
- the tort did and does emotional and financial harm and injury to i ;
- the commencement of the wrong and harm began on August 15, 2018 ;
- the wrong and harm continues to this day June 25, 2020 ;
- i, require restitution of my property : USD $555,000.00 ;
- i, require just and fair compensation as stated in 'Letter of Demand' to wrongdoer on February 22, 2019 ;
- compensation due : USD $4,890,000.00 ; [ USD $10,000.00 per day since March 12, 2019 / 489 days ]

i, a woman, long hongmei ; claim ; verify ; all herein be true ; and will verify same in open Court ; if i require ;

2/3

WHEREFORE: in consideration of the evidence; i; long hongmei; a woman; at common law; aggrieved; wronged; harmed; Claimant; Order; this Court to enter Default Judgment; for each of my Claims; Signed by the attending magistrate; upon Wrongdoers; each and all of them; Named or Unnamed; for the aforesaid Claims; proved and seasoned by Wrongdoer(s)' acquiescence; for Wrongs upon i; a woman; and my property; Such wrongs caused by Wrongdoer(s) upon i; without verified claim or right or authority; Without proper Compensation to i; with all rights reserved to i; Claimant;

Dated this 25th day of June, 2020

By: _____

i; long hongmei; a woman;
aggrieved; wronged; harmed; Claimant;

## VERIFIED / CERTIFIED PROCESS SERVICE

i verify/certify; under penalty of perjury; that a true and correct copy of this file; CLAIMS: TORT [negligence]; COMPENSATION; RESTITUTION; AND ORDER FOR DEFAULT JUDGMENT TO RESTORE PROPERTY; and verified evidence; be delivered; by hand; to the Clerk of Court; and by hand; to wrongdoers; Nicholas A. Mastroianni, II, a man; NICHOLAS A. MASTROIANNI, II; A PERSON; MANAGER; U.S IMMIGRATION FUND, LLC.; this 25th day of June, 2020; at the address given below:

---

i, long hongmei; a woman;
aggrieved; wronged; harmed; Claimant;
c/o: LONG HONGMEI
10A BLUEBERRY HILL ROAD
NATICK, MA 01760

Attn: NICHOLAS A. MASTROIANNI, II; MANAGER
U.S. IMMIGRATION FUND, LLC.
115 FRONT STREET, SUITE 300
JUPITER, FLORIDA, 33477

1/2

ROBERT M. FARRELL; CLERK OF COURT

JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE

1 COURTHOUSE WAY

BOSTON, MASSACHUSETTS 02210

\*\*\*\*\*\*   \*\*\*\*\*\*   \*\*\*\*\*\*

COMMERCIAL OATH AND VERIFICATION

| | |
|---|---|
| suffolk County | ) |
| | ) Commercial Oath and Verification |
| Massachusetts State | ) |
| | ) |

i, long hongmei; under my unlimited liability and Commercial Oath; proceeding in good faith; being of sound mind; verify that the facts contained herein are true, correct, complete and not misleading; to the best of my knowledge; and; belief; under penalty; of perjury; and International commercial law;

long hongmei; Claimant;

by: _____

i; long hongmei; a woman;
aggrieved; wronged; harmed; claimant;

2/2