UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONG HONGMEI,<br><br>      Plaintiff,<br><br>    v.<br><br>NICHOLAS A. MASTROIANNI II and<br>U.S. IMMIGRATION FUND, LLC,<br><br>      Defendants. | Civil Action No. 1:20-11227-ADB |

**DEFENDANT U.S. IMMIGRATION FUND, LLC'S**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

    Defendant U.S. Immigration Fund, LLC, for its disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it is a privately held Delaware limited liability company and that no corporation owns any portion of its equity.

Dated: August 3, 2020

Respectfully submitted,

*/s/ Anthony L. Gray*
Anthony L. Gray (BBO No. 564415)
POLLACK & FLANDERS LLP
20 Park Plaza, Suite 605
Boston, MA 02116
Phone: 617-259-3000
Fax: 617-259-3050
E-mail: tgray@pollackandflanders.com

/s/ *Richard G. Haddad*
Richard G. Haddad (to be admitted pro hac vice)
Andrew S. Halpern (to be admitted pro hac vice)
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Phone: (212) 661-9100
E-mail: rhaddad@otterbourg.com
E-mail: ahalpern@otterbourg.com

*Counsel for Nicholas A. Mastroianni II and U.S. Immigration Fund, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non registered participants on August 3, 2020.

/s/ *Anthony L. Gray*
Anthony L. Gray (BBO No. 564415)
POLLACK & FLANDERS LLP