UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Long Hongmei**

        Plaintiff

  V.

CIVIL ACTION

NO. 20-11227-ADB

**Nicolas Mastroianni, III et al**

        Defendant

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Electronic Order dated September 8, 2020 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                          By the Court,

 9/8/2020                             /s/ Christina McDonagh
   Date                                  Deputy Clerk